**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

NAVISTAR FINANCIAL CORPORATION                                             PLAINTIFF

v.                                          No. 4:10CV02023 JLH

HARRELL LEASING, INC.; RIVER VALLEY
EXPRESS, INC.; TIMOTHY D. HARRELL;
and ZELLA K. HARRELL                                                       DEFENDANTS

**ORDER**

Separate defendant Zella K. Harrell has filed a motion for extension of time to answer or otherwise respond to plaintiff's complaint. Without objection, the motion is GRANTED. Document #5. The deadline for Zella K. Harrell to answer or otherwise respond to plaintiff's complaint is extended up to and including January 20, 2011.

IT IS SO ORDERED this 13th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE