# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| NAVISTAR FINANCIAL | ) | |
| CORPORATION | ) | |
|    PLAINTIFF | ) | |
| | ) | |
| VS. | ) | No. 4:10-cv-02023-JLH |
| | ) | |
| HARRELL LEASING, INC., RIVER | ) | |
| VALLEY EXPRESS INCORPORATED; | ) | |
| TIMOTHY D. HARRELL; AND | ) | |
| ZELLA K. HARRELL | ) | |
|    DEFENDANTS | ) | |

## ORDER

  On motion of the Plaintiff, Navistar Financial Corporation, by and through its attorneys, Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd. (document no. 19), and pursuant to Fed. R. Civ. P. 41, this matter is dismissed with prejudice as to the Separate Defendant, Zella K. Harrell, and is non-suited and is hereby dismissed without prejudice as to the remaining Defendants, Harrell Leasing, Inc., River Valley Express Incorporated and Timothy D. Harrell.

  IT IS SO ORDERED this 14th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE


HILBURN, CALHOON, HARPER,
 PRUNISKI & CALHOUN, LTD.
Post Office Box 5551
North Little Rock, Arkansas 72119
(501) 372-0110

By: _/s/ J. Maurice Rogers_
  J. Maurice Rogers (ABN 77114)